**Electronically Filed
Supreme Court
SCPW-22-0000634
15-NOV-2022
02:10 PM
Dkt. 42 ODDP**

SCPW-22-0000634

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

DEXTER K. KAʻIAMA, Petitioner,

vs.

CHAIRPERSON OF THE DISCIPLINARY BOARD
OF THE HAWAIʻI SUPREME COURT, Respondent.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for a writ of mandamus

or other extraordinary writ and the separate motion for judicial

notice, filed by attorney Dexter Kaʻiama on October 26, 2022, and

the exhibits appended to both submissions, we conclude that

Petitioner Kaʻiama, in his petition and attached exhibits, has

failed to demonstrate a clear and indisputable right to relief

and, hence, is not entitled to the requested writ. See Kema v.

Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999). We

also find that the documents and publications cited in the

motion for judicial notice, and in the appended documents which are the subject of the motion for judicial notice, are not adjudicative facts under the meaning of Rule 201 of the Hawaiʻi Rules of Evidence.  Therefore,

IT IS ORDERED that the petition is denied.

IT IS FURTHER ORDERED that the motion for judicial notice is denied.

DATED:  Honolulu, Hawaiʻi, November 15, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins